NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VMWARE, INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE AMERICA, INC.,**
*Appellants*

v.

**ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE,**
*Appellee*

---

2016-1670, -1673

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00901 and IPR2014-00949.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

It Is Ordered That:

The appeals are consolidated. The revised official caption is reflected above. Appellants' opening briefs are due no later than May 9, 2016.

                          For the Court

                          /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court

s32