NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VMWARE, INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE AMERICA, INC.,**
*Appellants*

v.

**ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE,**
*Appellee*

---

2016-1670, -1673

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00901 and IPR2014-00949.

---

**ON MOTION**

---

**O R D E R**

Appellants move for a 30-day extension of time, until June 8, 2016, to file their opening brief. Appellee opposes a 30-day extension but would consent to a two-week extension.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Appellants's brief is due no later than June 8, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32